ACCEPTED
08-22-00129-CV
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
1/24/2023 2:57 PM
ELIZABETH G. FLORES
CLERK

08-22-00129-CV

**No. 08-22-00129-CV**

**IN THE EIGHTH COURT OF APPEALS**
**EL PASO, TEXAS**

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS

1/24/2023 2:57:41 PM

ELIZABETH G. FLORES
Clerk

**DAVID W. CROMWELL,**

**Appellant,**

**v.**

**ANADARKO E&P ONSHORE, LLC,**

**Appellee.**

On Appeal from the 143rd District Court of Loving County, Texas
No. 18-10-923

**UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF OF APPELLANT**

TO THE HONORABLE COURT OF APPEALS:

Appellant, David W. Cromwell, hereby files this unopposed second motion for extension of time to file his reply brief of appellant.

1.      The present deadline for filing the reply brief is January 25, 2023.

2.      Appellant seeks an extension of time of three weeks, up to and including February 15, 2023, to file his reply brief. This Court has the authority under Tex. R. App. P. 38.6(d).

3.      This is the second extension of time to file this reply brief.

4.      The motion is unopposed.

5. Appellant seeks this extension of time because Joshua S. Smith, appellate counsel, has had a number of other deadlines in other pending matters that prevent him being able to complete the brief by the current deadline, including, but not limited to, the following matters:

a. Preparation of brief of appellee in No. 22-20454; *City of Pasadena, Texas v. Crown Castle Fiber LLC*; in the United States Court of Appeals for the Fifth Circuit, filed January 23, 2023. This is an **injunction appeal** and the briefing required prompt and focused attention.

b. Preparation of response to motion for rehearing in No. 09-20-00292-CV; *OHAH, Ltd., et al. v. LNG Builders, LLC, et al.*; in the Ninth Court of Appeals, Beaumont, Texas, filed December 16, 2022.

c. Preparation of reply brief of appellant in No. 01-21-00712-CV; *Equinor Energy, LP v. Lindale Pipeline, LLC*; in the First Court of Appeals, Houston, Texas, due February 2, 2023. The judgment in this case is for over $25 million, and the **reporter's record exceeds 370 volumes** in length.

d. Preparation of reply brief of appellants in No. 01-21-00602-CV; *Senior Care Living, VI, LLC v. Preston Hollow Capital, LLC; UMB Bank N.A.; TMI Trust Company*; in the First Court of Appeals, Houston, Texas, due February 8, 2023.

6. This motion is not filed for the purpose of delay, but to allow counsel adequate time to prepare the brief of appellant.

7. For these reasons, Appellant respectfully requests that this Court grant an extension of time to file his reply brief, up to and including, February 15, 2023.

2

Respectfully submitted,

**BECK REDDEN LLP**

By:   */s/ Joshua S. Smith*
      Joshua S. Smith
      State Bar No. 24093173
      jsmith@beckredden.com
      W. Curt Webb
      State Bar No. 21035900
      cwebb@beckredden.com
      Thomas R. McDade
      State Bar No. 13513000
      tmcdade@beckredden.com
      M. Jake McClellan
      jmcclellan@beckredden.com
      State Bar No. 24109525
1221 McKinney, Suite 4500
Houston, TX  77010-2010
(713) 951-3700

*Attorneys for Appellant,*
*David W. Cromwell*

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Gwen Samora, counsel for Appellee, regarding this motion, and this motion is unopposed.

/s/ Joshua S. Smith
Joshua S. Smith
January 24, 2023

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was served on all counsel of record, via efiling, as follows:

Gwen J. Samora
gsamora@copelandrice.com
COPELAND & RICE LLP
2777 Allen Parkway Suite 977
Houston, Texas 77019

Shayne D. Moses
smoses@mph-law.com
David A. Palmer
dpalmer@mph-law.com
MOSES, PALMER & HOWELL, L.L.P.
309 W. 7th Street, Suite 815
Fort Worth, Texas 76102

*Attorneys for Appellee*

/s/ Joshua S. Smith
Joshua S. Smith
Date: January 24, 2023

4

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jesse Crochet on behalf of Joshua Smith
Bar No. 24093173
jcrochet@beckredden.com
Envelope ID: 72101463
Status as of 1/24/2023 3:52 PM MST

Associated Case Party: DavidW.Cromwell

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| W. CurtWebb | | cwebb@beckredden.com | 1/24/2023 2:57:41 PM | SENT |
| Thomas McDade | | tmcdade@beckredden.com | 1/24/2023 2:57:41 PM | SENT |
| Joshua S.Smith | | jsmith@beckredden.com | 1/24/2023 2:57:41 PM | SENT |
| Larry Lee Thweatt | 24008160 | lthweatt@terrythweatt.com | 1/24/2023 2:57:41 PM | SENT |
| Michael JMcClellan | | jmcclellan@beckredden.com | 1/24/2023 2:57:41 PM | SENT |

Associated Case Party: Anadarko E&P Onshore, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Shayne D. Moses | 14578980 | smoses@mph-law.com | 1/24/2023 2:57:41 PM | SENT |
| David Palmer | 794416 | dpalmer@mph-law.com | 1/24/2023 2:57:41 PM | SENT |
| Gwen J.Samora | | gsamora@copelandrice.com | 1/24/2023 2:57:41 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jennifer Martinez | | jmartinez@copelandrice.com | 1/24/2023 2:57:41 PM | SENT |
| Karen McCammon | | kmccammon@copelandrice.com | 1/24/2023 2:57:41 PM | SENT |